JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DESHAN MABRY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L. NEWTON, et al.,<br><br>　　　　　Defendants. | Case No. 2:19-cv-10445-JLS-AFM<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

　　IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice.

DATED: November 17, 2020

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE